R. H. Field, Mann, Calhoun & Frazier, for Elizabeth C. Hessey.

---

ELIZABETH DARNABY, ET AL., *v.* W. J. ELLIS, ET AL.

[Abstract Kentucky Law Reporter, Vol. 1—425.]

Will—Construction of Will.

When by the terms of a will the testator devises a certain portion of his estate to each of his sisters, and then devises a certain interest in the estate to the "children of my two brothers," the term denotes that such children take as a class, each set of children taking together the same share as was devised to each sister.

APPEAL FROM BARREN CIRCUIT COURT.

November 26, 1880.

OPINION BY JUDGE PRYOR:

The devise to the children of the two brothers was as a class, and not intended to give them equal interests with the sisters of the testator. We perceive no conflict in any of the clauses of the will on this subject. The language "children of my two brothers" denotes a class, and when considering the relation the testator bore to the devisees all doubt on the subject is removed. The two sisters surviving stood in the same relation to the testator that the ancestors of their children would, if living. They take as a class, and what their ancestors would have taken if the devise had been to the brothers and sisters of the devisor in equal portions.

The case of *Lackland's Heirs v. Downing,* 11 B. Mon. 32, is conclusive of this case.

Judgment *reversed* and cause remanded for further proceedings.
*Lewis & Porter, for appellants.*